IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROGER A. ROLAND,              )
                              )
          Plaintiff,          )        4:04CV3204
                              )
     v.                       )
                              )
JO ANNE B. BARNHART,          )        ORDER AND JUDGMENT
Commissioner of Social        )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act (Filing No. 27) is granted.

2) Judgment is entered for plaintiff and against defendant, providing that plaintiff is awarded fees of $6,938.79 and costs of $11.14 for a total of $6,949.93.

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court